JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

LUYUAN XIE,
Petitioner,
v.
ACTING WARDEN ADELANTO ICE PROCESSING CENTER,
Respondents.

No. 5:26-cv-05412-BFM

**JUDGMENT**

On October 2 2026, the Court issued an order granting the petition and ordered Petitioner Liyuan Xie (A# 246-973-536) immediately released on the parole conditions previously imposed. (ECF 11 at 4.) Respondent reports that Petitioner has been released from Respondent's custody. (ECF 12.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: October 6, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE